# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAYAN MINA SANDOVAL,
                           Appellant,
          vs.
THE STATE OF NEVADA,
                           Respondent.

No. 85034

**FILED**

SEP 13 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a direct appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Christy L. Craig, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that she has informed appellant of the legal consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, this court

ORDERS this appeal DISMISSED.[1]

_____, J.
Silver

_____, J.          _____, J.
Cadish                                                Pickering

---

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

SUPREME COURT
OF
NEVADA

(O) 1947A

22-28616

cc:   Hon. Christy L. Craig, District Judge
      Waldo Law, LLC
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk